English      Customer Service      USPS Mobile          Register / Sign In

## USPS.COM

Search USPS.com or Track Packages

**Quick Tools**
Track
Enter up to 10 Tracking #s **Find**
Find USPS Locations
Buy Stamps
Schedule a Pickup
Calculate a Price
Look Up a ZIP Code™
Hold Mail
Change of Address

Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

**Tracking Number:** 70132630000106824823

## Product & Tracking Information

Postal Product:      **Features:**
         Certified Mail™

## Available Actions

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 5, 2014 , 5:50 am** | **Delivered** | **WASHINGTON, DC 20530** |
| March 4, 2014 , 11:05 am | Available for Pickup | WASHINGTON, DC 20530 |
| March 4, 2014 , 8:44 am | Sorting Complete | WASHINGTON, DC 20018 |
| March 4, 2014 , 8:33 am | Arrival at Unit | WASHINGTON, DC 20018 |
| March 1, 2014 | Depart USPS Sort Facility | GAITHERSBURG, MD 20898 |
| February 28, 2014 , 10:06 pm | Processed through USPS Sort Facility | GAITHERSBURG, MD 20898 |

**Tracking Number:** 70132630000106824830

## Product & Tracking Information

Postal Product:      **Features:**
         Certified Mail™

## Available Actions

Email Updates

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 5, 2014 , 5:50 am** | **Delivered** | **WASHINGTON, DC 20530** |
| March 4, 2014 , 11:05 am | Available for Pickup | WASHINGTON, DC 20530 |
| March 4, 2014 , 8:44 am | Sorting Complete | WASHINGTON, DC 20018 |
| March 4, 2014 , 8:33 am | Arrival at Unit | WASHINGTON, DC 20018 |

**Tracking Number:** 70132630000106824816

## Product & Tracking Information

## Available Actions

**Postal Product:**

**Features:**
Certified Mail™

**Email Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 4, 2014 , 2:13 pm** | **Delivered** | **WASHINGTON, DC 20405** |
| March 4, 2014 , 11:11 am | Sorting Complete | WASHINGTON, DC 20018 |
| March 4, 2014 , 8:55 am | Arrival at Unit | WASHINGTON, DC 20018 |

## Track Another Package

**What's your tracking (or receipt) number?**

**Track It**

**LEGAL**

Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**

Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**

About USPS Home ›
Newsroom ›
USPS Service Alerts ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**

Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

**USPS.COM**    Copyright© 2014 USPS. All Rights Reserved.