UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
**RACHEL A. RICHTER,**                 )
                                       )
    **Plaintiff,**                 )
                                       )
    v.                             )   Civil Action No. 14-298 (EGS)
                                       )
**DANIEL M. TANGHERLINI, Administrator,** )
**U.S. General Services Administration** )
                                       )
    **Defendant.**                  )
_____)

## DEFENDANT'S NOTICE TO THE COURT

Defendant, U.S. General Services Administration, by and through undersigned counsel, hereby respectfully submits this Notice to the Court. On June 4, 2014, undersigned counsel received this Court's June 4, 2014, Order, ordering the parties to file a joint status report indicating whether they would like the Court to refer this case to a magistrate judge for mediation purposes by no later than June 5, 2014. On June 4, 2014, undersigned counsel contacted Plaintiff's counsel, by electronic mail, to ascertain his position on mediation. In addition, on that same day, undersigned counsel also contacted Plaintiff's counsel's office, by voicemail, and left a message regarding this Court's June 4, 2014, Order. Plaintiff's counsel's return email indicated that he is on leave for religious observance through June 5, 2014. At the time of this filing, undersigned counsel has not been able to reach Plaintiff's counsel's office.

Defendant notices the Court that Defendant would be amenable to mediation, and would respectfully request Magistrate Judge Kay for the purpose of mediation.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

DANIEL F. VAN HORN, D.C. Bar # 924092
Chief, Civil Division

/s/
RHONDA L. CAMBELL Bar # 462402
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2559