**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                            )
**RACHEL A. RICHTER,**                      )
                                            )
    **Plaintiff,**                        )
                                            )
    v.                                    )    Civil Action No. 14-298 (EGS)
                                            )
**DANIEL M. TANGHERLINI, Administrator,**   )
**U.S. General Services Administration**    )
                                            )
    **Defendant.**                        )
_____)

## PLAINTIFF'S NOTICE TO COURT

Plaintiff, through undersigned counsel, herein files Notice to the Court as per the Court's June 4, 2014 order. Undersigned Counsel was on religious observance on June 4 and June 5, as Defense Counsel describes. As such, couldn't respond to the Court order before this morning.

Plaintiff also is amenable to mediation prior to discovery and also respectfully requests Magistrate Judge Kay as mediator.


    /s/
_____
MORRIS E. FISCHER, ESQ.
D.C. Bar No. 490369
1400 Spring Street
Suite 350
Silver Spring, MD 20910
(301) 328-7631 phone
(301) 328-7638 fax
morris@mfischerlaw.com
www.morrisfischerlaw.com
*Attorneys for Plaintiff*

1